

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| KRISTIN HABENICHT, individually and behalf of all other similarly situated persons,<br><br>Plaintiffs,<br>v.<br><br>KEYCORP, KEYBANK N.A., individually and d/b/a KEYBANK and KEY,<br><br>Defendants. | PRO HAC VICE MOTION AND DECLARATION OF DAN GETMAN<br><br>1:11-cv-02619-DAP |

I, DAN Getman, hereby move for my admission in this case *pro hac vice* and swear under penalty of perjury that the following is true:

1. I am admitted to the bar of the highest Court in New York.

2. My attorney registration number is 1973189.

3. My office address is Getman & Sweeney, PLLC, 9 Paradies Lane, New Paltz, NY 12561, telephone 845-255-9370, fax 845-255-8649, my email address is dgetman@getmansweeney.com .

4. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and have never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

5. I have enclosed a recent certificate of good standing and check for $100 as the fee for this motion.

I hereby request to be permitted to appear and participate in this case.

1

Dated: December 5, 2011

                Respectfully Submitted,

                */s/ Dan Getman*

                Dan Getman
                Matthew Dunn
                GETMAN & SWEENEY, PLLC
                9 Paradies Lane
                New Paltz, NY 12561
                Tel: (845)255-9370
                Fax: (845) 255-8649
                Email: dgetman@getmansweeney.com
                Email: mdunn@getmansweeney.com

                James P. Langendorf (0068807)
                Langendorf Law Office
                2 North Main St., Ste. 408
                Middletown, OH 45042
                Tel: 513-705-4104
                Email: jamesplang@aol.com

                ATTORNEYS FOR PLAINTIFFS