UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KRISTIN HABENICHT, individually and on behalf of all other similarly situated persons,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KEYCORP, *et al.,*<br><br>　　　　　Defendants. | ) Case No. 1:11-CV-02619-DAP<br>)<br>) JUDGE DAN AARON POLSTER<br>)<br>)<br>) **MOTION TO ADMIT PATRICK F.**<br>) **HULLA, ESQ.** ***PRO HAC VICE***<br>)<br>)<br>) |

Pursuant to L.R. 83.5(h), John Gerak, a member in good standing of this Court, moves this Court for an order permitting Patrick F. Hulla, Esq., to practice *pro hac vice* before the United States District Court for the Northern District of Ohio, Eastern Division, as counsel for Defendants KeyCorp and KeyBank National Association ("Defendants"). In support of this Motion, Mr. Gerak incorporates by reference the attached Affidavit of Mr. Hulla.

WHEREFORE, the undersigned counsel requests that this Court admit Patrick F. Hulla *pro hac vice* to participate in all aspects of this case on behalf of Defendants.

Respectfully submitted,

/s/ John Gerak
Thomas H. Barnard (0001569)
John Gerak (0075431)
Charles F. Billington (0083143)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
127 Public Square
4130 Key Tower
Cleveland, OH  44114
216.241.6100
216.357.4733 (Fax)
thomas.barnard@ogletreedeakins.com
john.gerak@ogletreedeakins.com
charles.billington@ogletreedeakins.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2012 a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John Gerak
John Gerak (OH Bar #75431)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
127 Public Square
4130 Key Tower
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
john.gerak@ogletreedeakins.com

*One of the Attorneys for Defendants*

11492162.1 (OGLETREE)