IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| KRISTIN HABENICHT, individually and behalf of all other similarly situated persons, | |
| Plaintiffs, | PRO HAC VICE MOTION AND DECLARATION OF MATTHEW DUNN |
| v. | |
| KEYCORP, KEYBANK N.A., individually and d/b/a KEYBANK and KEY, | 1:11-CV-02619-DAP |
| Defendants. | |



I, Matthew Dunn, hereby move for my admission in this case pro hac vice and swear under penalty of perjury that the following is true:

1. I am admitted to the bar of the highest Court in New York.

2. My attorney registration number is 4333779

3. My office address is Getman & Sweeney, PLLC, 9 Paradies Lane, New Paltz, New York 12561 – Telephone 845-255-9370, Fax 845-255-8649 and Email is mdunn@getmansweeney.com

4. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and have never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

5. I have enclosed a recent certificate of good standing and a check for $100.00 as the fee for this motion.

I hereby request to be permitted to appear and participate in this case.

Dated: July 16, 2012

Respectfully Submitted,

*/s/ Matthew Dunn*

Matthew Dunn
GETMAN & SWEENEY, PLLC
9 Paradies Lane
New Paltz, NY 12561
Tel: (845)255-9370
Fax: (845) 255-8649
Email: mdunn@getmansweeney.com

James P. Langendorf (0068807)
Langendorf Law Office
2 North Main St., Ste. 408
Middletown, OH 45042
Tel: 513-705-4104
Email: jamesplang@aol.com

ATTORNEYS FOR PLAINTIFFS