UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KRISTIN HABENICHT, individually and on behalf of all other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>KEYCORP, et al.,<br><br>Defendants. | Case No. 1:11-CV-02619-DAP<br><br>JUDGE DAN AARON POLSTER<br><br>ORDER GRANTING UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS |

ORDER

WHEREAS, an action entitled <u>Kristin Habenicht, individually and on behalf of all other similarly situated persons v. KeyCorp, et al.</u>, Civil Action No. 1:11-CV-02619-DAP (the "Lawsuit"), was pending before this Court; and

WHEREAS, Plaintiffs are the prevailing party pursuant to the Court's approval of the parties' settlement of the Lawsuit; and

WHEREAS, Plaintiffs have made an application, pursuant to 29 U.S.C. §216(b) and the wage and hour laws of various states, awarding reasonable attorneys' fees and costs in an amount of $1,500,000.00 to Plaintiffs' Counsel and awarding service payments to Plaintiffs, in accordance with the settlement; and

WHEREAS, the Court has read and considered Plaintiffs' motion, including Plaintiffs' Memorandum in Support, and the exhibits annexed thereto.

IT IS ON THIS  19th  DAY OF  October , 2012 HEREBY ORDERED AS FOLLOWS:

1. The Court hereby approves the reasonable attorneys' fees and costs in the amount of $1,500,000.00 to Plaintiffs' Counsel in accordance with the settlement;

1

2. The Court hereby approves the service payments to Plaintiffs in accordance with the settlement.

Based upon these findings, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that Plaintiffs' motion is GRANTED, and judgment in accordance with this Order shall be entered.

It is so ORDERED this 19th day of October, 2012.

_____
Honorable Dan Aaron Polster
United States District Judge